**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-8130**

LARRY COCHRAN,

              Petitioner - Appellant,

         v.

KUMA DEBOO, Warden; BUREAU OF PRISONS; UNITED STATES
DEPARTMENT OF JUSTICE,

              Respondents - Appellees.

Appeal from the United States District Court for the Northern
District of West Virginia, at Martinsburg.  John Preston Bailey,
Chief District Judge.  (3:08-cv-00126-JPB-JSK)

Submitted:  November 19, 2008      Decided:  December 5, 2008

Before GREGORY, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Larry Cochran, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Cochran, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Cochran v. Deboo</u>, No. 3:08-cv-00126-JPB-JSK (N.D. W. Va. Sept. 22, 2008). We deny the motion for preparation of a transcript at government expense and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>